# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO MARIA RIERA GUAMAN, an individual, a/k/a MARIO RIERA | ) ) ) | Case No. 1:22-cv-02889 |
| Plaintiff, | ) ) ) | Honorable Franklin U. Valderrama |
| v. | ) ) | |
| N.O.K. KITCHEN, LTD., an Illinois corporation d/b/a NOK RESTAURANT, and MIRJAVAD NAGHAVI, an individual, | ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

THIS MATTER COMING TO BE HEARD UPON STIPULATION OF DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT:

1. This case is dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs in accordance with the terms of settlement.

2. Any party may file a motion to enforce the parties' settlement agreement or a motion for additional time to file a motion to enforce the settlement agreement on or before August 26, 2022.

3. In the event that no motion listed in paragraph 2 is pending on or before August 26, 2022, the case shall be dismissed with prejudice on the next business day and without further order of the Court.

/s/ Timothy M. Nolan  /s/ John Nicolas Alburkerk
_____  _____
Attorney for the Plaintiff  Attorney for the Defendants